1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARIMAH KARAH,

       Plaintiff,

  v.

MORGAN STANLEY ET AL.,

       Defendants.
_____/

No. C 12-3906 CRB

**ORDER GRANTING MOTION FOR LEAVE TO AMEND**

     Plaintiff has moved for leave to amend the complaint on the grounds that new counsel has been retained and discovered new relevant facts, and that amendment will not prejudice Defendants given the early stage of the litigation. Dkt. 18. Defendant filed a statement of non-opposition. Dkt. 20. Good causing appearing therefor, the Court GRANTS Plaintiff's Motion for Leave to Amend.

     **IT IS SO ORDERED.**

Dated: November 1, 2012

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE